Donald R. Totaro, Esq., Janna Rae Steinruck, for Commonwealth of Pennsylvania.

Herbert Moss Crystle, Esq., Lancaster, for Ray E. Groff.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR and BAER, JJ.

### ORDER

PER CURIAM.

AND NOW, this 21st day of June, 2004, the order of the Lancaster County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams*, 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado*, 576 Pa. 101, 838 A.2d 710 (2003).

Justice EAKIN did not participate in the consideration or decision of this case.

Donald R. Totaro, Esq., Janna Rae Steinruck, for Commonwealth of PA.

James Arthur Gratton, Esq., James Jude Karl, Esq., Ronks, for Jerry Mowery, Jr.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR and BAER, JJ.

### ORDER

PER CURIAM.

AND NOW, this 21st day of June, 2004, the order of the Lancaster County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams*, 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado*, 576 Pa. 101, 838 A.2d 710 (2003).

Justice EAKIN did not participate in the consideration or decision of this case.

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Jerry MOWERY, Jr., Appellee.**

Supreme Court of Pennsylvania.

Submitted Nov. 10, 2003.
Decided June 21, 2004.

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**William PLAISTED, Jr., Appellee.**

Supreme Court of Pennsylvania.

Submitted Nov. 10, 2003.
Decided June 21, 2004.

Donald R. Totaro, Esq., Janna Rae Steinruck, for Commonwealth of Pennsylvania.

Douglas H. Cody, Esq., Lancaster, for William Plaisted, Jr.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR and BAER, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 21st day of June, 2004, the order of the Lancaster County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

Justice EAKIN did not participate in the consideration or decision of this case.

**COMMONWEALTH of Pennsylvania,**
**Appellant,**

v.

**Kenneth William APPLEGATE,**
**Appellee.**

Supreme Court of Pennsylvania.

Submitted Nov. 10, 2003.
Decided June 21, 2004.

---

Donald R. Totaro, Esq., Janna Rae Steinruck, for Commonwealth of Pennsylvania.

Douglas H. Cody, Esq., Lancaster, for Kenneth William Applegate.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR and BAER, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 21st day of June, 2004, the order of the Lancaster County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

Justice EAKIN did not participate in the consideration or decision of this case.

**COMMONWEALTH of Pennsylvania,**
**Appellant,**

v.

**Ronald Elmer MICHALIDES, Appellee.**

Supreme Court of Pennsylvania.

Submitted Nov. 10, 2003.
Decided June 21, 2004.